# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MARTIN ALVAREZ-RODRIGUEZ, ) <br> ) <br> Defendant. ) <br> _____ ) | 2:06-cr-155-PMP-GWF <br><br><br> **ORDER** |

On November 17, 2011, the court granted the Federal Public Defender's "Motion in Support of Appointment of Counsel During 2255 Proceedings." (#205)

IT IS HEREBY ORDERED that the Federal Public Defender is appointed as counsel for Martin Alvarez-Rodriguez.

DATED this  21st  day of November.

Nunc Pro Tunc Date: November 17, 2011

_____
PHILIP M. PRO
UNITED STATES DISTRICT JUDGE