UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:06-cr-00155-PMP-GWF |
| Plaintiff, | 2:11-cv-01723-PMP |
| vs. | **ORDER** |
| MARTIN ALVAREZ-RODRIGUEZ | |
| Defendant. | |

The Court set an evidentiary hearing for July 11, 2012 at 9:00 a.m. (Doc. #222) on Defendant's Motion Pursuant to 28 U.S.C. § 2255 Motion to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody (Doc. #202).

The government is directed to submit **forthwith** a writ **or** any other orders it deems necessary to produce the defendant for this hearing.

**IT IS SO ORDERED**.

DATED: June 6, 2012.

_____
PHILIP M. PRO
United States District Judge